# Commissioner's Court of Blount County *v.* Whitby *et al.*

### *Certiorari of Stock Law.*

(Decided Jan. 10, 1906, 39 So. Rep. 911.)

APPEAL from Blount Circuit Court.
Heard before Hon. W. W. HARALSON.

P. B. RUSSELL and G. W. DARDEN, for appellant.

EMERY C. HALL, for appellee.

ANDERSON, J.—This case is affirmed on the authority of *Commissioners Court of Blount County v. Johnson*, 145 Ala. 553, 39 So. Rep. 910.

TYSON, DOWDELL and SIMPSON, JJ., concur.

---

# Wilson *v.* Mason.

### *Final Settlement.*

(Decided Jan. 9, 1906, 39 So. Rep. 915.)

APPEAL from Conecuh Probate Court.
Heard before Hon. F. J. DEAN.

STALLWORTH & BURNETT, for appellant.

GASTON & CURTIS, for appellee.

Appeal dismissed.

Opinion by HARALSON, J.

All the justices concur.